SCANNED
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

2010 APR -5 PM 12:58

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Terry Spellman and
Martha Spellman Plaintiffs )
)
v. )
)
Clarksville, Montgomery )
County school system, etc )

Civil Case No. 3-10-0313
Judge Judge Haynes

### Motion For Temporary Restraining Order
(Type of Pleading)

We Terry Spellman Sr. and Martha Spellman request that the court place a Temporary Restraining Order on this case due to the fact that we do not have any and all of our school records and without these records we cannot prove our case. We are scheduled for a hearing with Judge Ann Johnson and Attorney Kitch on Apr 6 and 7, 2010 regarding our complaint. This restraining order will allow us time to seek the missing schools records to prove our case.

### ORDER

This motion is DENIED for the reasons stated in open court.

[signature]
WSDJ
4-5-10

Martha Spellman
Signature
Terry Spellman
931-542-8556
931-561-0638