IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY SPELLMAN and<br>MARTHA SPELLMAN, | )<br>)<br>) | NO. 3:10-0313<br>JUDGE HAYNES |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| CLARKSVILLE/MONTGOMERY<br>COUNTY SCHOOL SYSTEM, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER

Plaintiff, Terry Spellman, filed this pro se action citing federal laws relating to access to the educational records of his child, Martha Spellman who has a pending administrative action about her individual educational plan.

Plaintiff's claims implicate the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1401 et seq. For these claims, including for records, Plaintiffs must exhaust their pending administrative remedies before pursuing a court action. S.S. v. Eastern Kentucky Univ., 532 F.3d 445, 449 (6th Cir. 2008).

Accordingly, this action is **DISMISSED without prejudice** for lack of jurisdiction.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 8th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge